No. 93–643. BESSEMER & LAKE ERIE RAILROAD CO. *v.* WHEELING-PITTSBURGH STEEL CORP. ET AL. C. A. 3d Cir. Motions of Association of American Railroads and Business Roundtable for leave to file briefs as *amici curiae* granted. The parties are directed to file responses addressing the impact of the settlement on the questions presented by the petition for writ of certiorari within 30 days.

No. 93–6130. IN RE JONES. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 963] denied. Motion of petitioner for leave to amend the petition for writ of mandamus and/or prohibition denied.

No. 93–6255. STEINES ET UX. *v.* INTERNAL REVENUE SERVICE. C. A. 7th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 962] denied.

No. 93–6498. IN RE ANDERSON; and
No. 93–6780. IN RE MILLER. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until January 3, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–6437. IN RE IVEY. Petition for writ of mandamus denied.

No. 93–376. KEY TRONIC CORP. *v.* UNITED STATES ET AL.; and STANTON ROAD ASSOCIATES *v.* LOHREY ENTERPRISES, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 93–438. NATIONAL ASSOCIATION OF RADIATION SURVIVORS ET AL. *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–442. FARR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.